# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SHOUSE,<br><br>                            Plaintiff,<br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF CYMER, INC.; CYMER, INC.,<br><br>                          Defendants. | **CASE NO. 09-CV-1474 H-NLS**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On July 7, 2009, Plaintiff Julia Shouse filed a complaint against Defendants Hartford Life and Accident Insurance Company ("Hartford"), Group Long Term Disability Plan for Employees of Cymer Inc., and Cymer, Inc. (Doc. No. 1.) On December 23, 2009, Plaintiff and Hartford filed a joint motion to dismiss the case with prejudice. (Doc. No. 21.) The Court, for good cause shown, grants the Parties' joint motion and dismisses the case with prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: December 23, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record